UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60029-CIV-GOLD/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERRI RISOLIA,

    Defendant.
_____/

## ORDER REQUIRING STATUS REPORT REGARDING TIME FRAME

THIS CAUSE comes before the Court following the telephonic status conference held on July 14, 2008. According to the latest Status Report [DE 28] filed in this case on June 20, 2008, Defendant Risolia's account was placed for transfer to the Conditional Disability Discharge Tracking on May 25, 2008, where it will remain until a decision is made on whether to discharge Defendant's loan. At the telephonic status conference, Plaintiff's counsel represented that the Department of Education has not been able to give Plaintiff a time frame for this determination on whether to discharge Defendant's loan. As discussed, I will require that Plaintiff file a status report regarding this time frame for determining whether to discharge Defendant's loan. If the Department of Education has not provided this information so that Plaintiff may file this status report within 90 days, I will require the appropriate representative of the Department of Education to appear in person to explain the reasons for the delay. Accordingly, it is hereby

ORDERED AND ADJUDGED that

    1.    Plaintiff shall file a status report, based on the Department of Education's response, on or before October 14, 2008.

2. If the Department of Education has not provided this information to Plaintiff so that Plaintiff may file its status report by October 14, 2008, the appropriate representative of the Department of Education shall be required to appear in person to explain the reasons for the delay.

DONE AND ORDERED in Chambers in Miami, Florida this 14th day of July 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record

From Chambers via U.S. Mail:

Sheri L. Risolia
1044 S. Military Trail, Apt. #4
Deerfield Beach, FL 33442