UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60029-CIV-GOLD/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERI RISOLIA,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE; CLOSING CASE

THIS CAUSE comes before the Court on the Stipulation for Dismissal [DE 32] filed by Plaintiff on August 27, 2008. In this Stipulation, the parties request that this case be dismissed without prejudice based on the understanding of the parties as represented in the Stipulation. Having reviewed the Stipulation and the case file, I dismiss this case without prejudice and close the case. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1.     This case is DISMISSED without prejudice.

2.     This case is CLOSED.

3.     All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 2nd day of September, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record
From Chambers via U.S. Mail:
Sheri Risolia
1044 S. Military Trial, Apt. 104
Deerfield Beach, FL 33442